# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Clint Rasschaert, Ed Risch, Pamela Schiller, Verna Schuna, Eric Gedrose, and Justin Short, individually and on behalf of the putative Classes, | Civil No. 11-2963 (DWF/JSM) |
| Plaintiffs, | |
| v. | **ORDER GRANTING PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT** |
| Frontier Communications Corporation, Frontier Communications of America, Inc., Frontier Communications of Minnesota, Citizens Telecommunications Company of Minnesota, LLC, and Citizens Telecommunications Company of New York, | |
| Defendants. | |

A hearing having occurred on the parties' proposed settlement on November 15, 2012, the Court finds as follows:

1. The proposed settlement is within the range of settlements appropriate for final approval;

2. The proposed settlement appears to be fair, reasonable and adequate;

3. Nichols Kaster, PLLP is adequate class counsel for the proposed settlement class.

**IT IS THEREFORE HEREBY ORDERED:**

1. The parties' Joint Motion for Preliminary Approval of the Proposed Settlement (Doc. No. [81]) is **GRANTED**;

2. The Settlement Tax Class is certified for settlement purposes only pursuant to Federal Rule of Civil Procedure 23(b)(3);

3. Nichols Kaster, PLLP is appointed as counsel for the Settlement Tax Class;

4. Plaintiffs' Counsel may file the two new operative Complaints in the form attached to the parties' settlement agreement (Doc. No. 88);

5. Frontier shall send notice to all current customer members of the Settlement Tax Class in connection with its January billing cycle. Such notice shall be sent to all current customer class members no later than January 30, 2013;

6. The Settlement Administrator shall send notice to former customer Settlement Tax Class members no sooner than January 1, 2013, and such notice shall be sent to all former customer class members no later than January 15, 2013;

7. Notice by publication, as provided for in the parties' Settlement Agreement, shall commence no sooner than January 1, 2013 with the final publication date to be no later than January 15, 2013;

8. The notices attached hereto are **APPROVED**. The parties may fill in specific information regarding the 1-800 number, website address, and P.O. Box on the notices prior to their being sent;

9. The parties may fill in the undersigned's s/signature on the long version of the notice attached hereto;

10. Members of the Settlement Tax Class who wish to be excluded (opt out) from the settlement class must do so in writing by March 15, 2013, in accordance with the procedures described in the Settlement Agreement and notices;

11. Members of the Settlement Tax Class who wish to object to the settlement must do so in writing by March 15, 2013, in accordance with the procedures described in the Settlement Agreement and notices;

12. The parties are directed to file their brief(s) in support of final settlement approval, as well as any objections they receive to the settlement, no later than April 5, 2013; and

13. A final fairness hearing on the proposed settlement is hereby scheduled for April 12, 2013, at 9:00 a.m., at the Warren E. Burger Federal Building and United States Courthouse, Courtroom 7C, 316 North Robert Street, Saint Paul, MN 55101.

**IT IS SO ORDERED.**

Dated:  November 19, 2012            s/Donovan W. Frank
                                     DONOVAN W. FRANK
                                     United States District Court