United States District Court, District of Minnesota
*Rasschaert v. Frontier Communications Corp.*
Case No. 11-cv-02963 DWF/JSM

**NOTICE OF PROPOSED CLASS ACTION SETTLEMENT.
YOUR LEGAL RIGHTS MIGHT BE AFFECTED BY THIS SETTLEMENT.
PLEASE READ THIS NOTICE CAREFULLY.**

You received this card or bill insert because Frontier's records reflect that you are or were a customer of Frontier and were charged Minnesota state and/or local taxes on amounts paid for Internet services. A class action lawsuit alleges that Frontier collected these taxes in violation of the federal Internet Tax Freedom Act and Minnesota law. Frontier denies any wrongdoing. A settlement of the lawsuit has been reached. Under the proposed settlement, **you may be entitled to benefits.**

**You can learn more about the settlement at www.xxxxxxxxx.com or by calling 1-800-xxx-xxxx.**

To read a more detailed description of the terms of the proposed Settlement and to read the full Notice of Proposed Class Action Settlement, which more fully describes your rights, please visit www.xxxxxxx.com or call 1-800-xxx-xxxx. If you wish to receive benefits under the Settlement, you do not need to take any action. If the Settlement is approved by the Court, any legal action you may have against Frontier related to the challenged taxes will be released. If you do not wish to be bound by the terms of this Settlement, you must exclude yourself from the Settlement. You may formally object to the Settlement. Visit www.xxxxxx.com for information on how to do so.