## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Clint Rasschaert, Ed Risch, Verna Schuna, Eric Gedrose, and Justin Short, individually and on behalf of the putative Classes, | Civil No. 11-2963 (DWF/JSM) |
| Plaintiffs, | |
| v. | **ORDER** |
| Frontier Communications Corporation; Frontier Communications of America, Inc.; Frontier Communications of Minnesota; and Citizens Telecommunications Company of Minnesota, LLC, | |
| Defendants. | |

Having reviewed the parties' stipulation (Doc. No. [98]) regarding Defendants' pending motions to compel arbitration and to dismiss (Doc. Nos. 37, 44), and good cause appearing therefore, the stipulation is hereby adopted and the following is **HEREBY ORDERED:**

Defendants' pending motions to compel arbitration and to dismiss (Doc. Nos. 37, 44) shall be taken off calendar without prejudice to their being renewed if the proposed settlement in this action is denied final approval.

Dated: January 10, 2013         s/Donovan W. Frank
                                DONOVAN W. FRANK
                                United States District Judge