UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Clint Rasschaert, Ed Risch, Pamela Schiller, Verna Schuna, Eric Gedrose, and Justin Short, individually and on behalf of the putative Classes,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Frontier Communications Corporation, Frontier Communications of America, Inc., Frontier Communications of Minnesota, Citizens Telecommunications Company of Minnesota, LLC, and Citizens Telecommunications Company of New York,<br><br>　　　　Defendants. | **PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS AND PLAINTIFF INCENTIVE AWARDS**<br><br><br><br>Court File No. 11-cv-02963 DWF/JSM |

Plaintiffs, by and through their counsel, hereby respectfully move the Court for an Order approving Class Counsel's requested award of 33% of the Escrow Fund for attorneys' fees and costs, and the requested Named Plaintiff awards of $2,500 to Plaintiff Rasschaert and $1,500 to each of the other Named Plaintiffs.

Dated: April 5, 2013　　　　　　　　　　**NICHOLS KASTER, LLP**

　　　　　　　　　　　　　　　　　　　　s/Matthew C. Helland
　　　　　　　　　　　　　　　　　　　　Matthew C. Helland (#346214)
　　　　　　　　　　　　　　　　　　　　One Embarcadero Center
　　　　　　　　　　　　　　　　　　　　Suite 720
　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94111
　　　　　　　　　　　　　　　　　　　　Telephone: 415.277.7238

　　　　　　　　　　　　　　　　　　　　NICHOLS KASTER, PLLP

1

2

        E. Michelle Drake (#0387366)
        Rebekah L. Bailey (#0389599)
        Anna P. Prakash (#0351362)
        4600 IDS Center
        80 South 8th Street
        Minneapolis, MN  55402
        Telephone:  612.256.3200

        ATTORNEYS FOR PLAINTIFFS