UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Clint Rasschaert, Ed Risch, Pamela Schiller, Verna Schuna, Eric Gedrose, and Justin Short, individually and on behalf of the putative Classes,

   Plaintiffs,

v.

Frontier Communications Corporation;
Frontier Communications of America, Inc.;
Frontier Communications of Minnesota;
Citizens Telecommunications Company of Minnesota, LLC; and Citizens Telecommunications Company of New York,

   Defendants.

Civil No. 11-2963 (DWF/JSM)

ORDER

  The Court finds Class Counsel's requested attorney fees and costs and the Named Plaintiff Incentive Awards to be reasonable and hereby APPROVES the request for 33% of the Escrow Fund in attorneys' fees and costs, and the award of $2,500 to Named Plaintiff Rasschaert and $1,500 to each of the other Named Plaintiffs.  (Doc. No. [109].)


Dated:  April 12, 2013   s/Donovan W. Frank
            DONOVAN W. FRANK
            United States District Judge