# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Clint Rasschaert, Ed Risch, Pamela Schiller, Verna Schuna, Eric Gedrose, and Justin Short, individually and on behalf of the putative Classes, | Civil No. 11-2963 (DWF/JSM) |
| Plaintiffs, | |
| v. | **ORDER GRANTING STIPULATION** |
| Frontier Communications Corporation; Frontier Communications of America, Inc.; Frontier Communications of Minnesota; Citizens Telecommunications Company of Minnesota, LLC; and Citizens Telecommunications Company of New York, | |
| Defendants. | |

This matter came before the Court on the parties' Stipulation (Doc. No. [126]).

Having considered the parties' Stipulation, and for good cause shown, **IT IS HEREBY ORDERED**:

1. The Distribution Plan previously approved (Doc. No. [124]) shall be modified consistent with the terms of the parties' Stipulation (Doc. No. [126]).

2. The parties shall notify the Court as soon as possible of any developments affecting this revised distribution schedule.

Dated:  October 15, 2014        s/Donovan W. Frank
                                DONOVAN W. FRANK
                                United States District Judge